**FILED**

APR 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

United States District Court

For the District of Columbia

Micheal R. Lucky

Post office Box 76990

Case: 1:08-cv-00749
Assigned To : Unassigned
Assign. Date : 4/30/2008
Description: Civil Rights-Non-Employ.

JURY ACTION

Washington, D.C.
20013

(cell) 202-302-6504

V.S.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
APR 1 4 2008

Houston, Texas Police Department

1100 Travis St.

RECEIVED
MAR 1 0 2008
Clerk, U.S. District and
Bankruptcy Courts

Houston, Texas

77020

RECEIVED
MAR 2 7 2008
Clerk, U.S. District and
Bankruptcy Courts

1

Complaint:

Upon the date 4-21-05, I Micheal R. Lucky

was walking down the street, going to get

something to eat. When suddenly a car

pulled up beside me. I glanced to the side

and noticed that it was a Houston Police

Patroll car. I thought nothing of it. Suddenly

I heard a door slam, so I looked around. The

driver was rushing around the back of the

patroll car. As he made it to the taillights

on the passenger side of the car, the other

official immediatly got out of the car.

Both officials were in full dress uniforms and had a brass nuckle on both their hands. I Micheal calmly asked them, Is anything wronge? The official that got out of the car first who was driving stated: yea you know to much. That's when he punched me in my forehead with one of the brass nuckles. Instantly the other official joined him and they both began to beat me. After a few minutes I became so weak I could do nothing but fall to my Knees. One of the officials began to go through my pockets and remove

everything in them. The other official asked

what you do man? The official answered

when you get paid to do a job, make sure

you do it right. I then felt one of the officials

grabb me by the hair. He then pulled my head

backward. I then saw in the officials hand

a flatend streudriver that had been filed

down in resemblance to a knife. The

official then plunged it into the left side

of my scull, just above my left eye. I could

feel nothing, because of the beating from

the brass nuckles. The other official then

Stated: what you do now man? The official

then answered, like I said. when you get paid

to do something, make sure you do it right.

The other official then drew his pistol from

the holster. He then pumped it into firing

position and put the barrel to my **schull.**

The other official then let go of my hair

and grobbed the barrel of the pistol and said.

no need to much noise. He went on to say

this is all we need for what we were paid

to do. The official then grabbed me by the

hair once again, snatching my head backward.

He then stabbed me on the right side of my scull. The official began to cut open the right side of my scull. Now I am getting weak because I can feel him cutting my scull open and chopping my brain. Soon I could feel my spirit leaving my body. The next thing I knew I was in the emergancy room, having brain surgary for 7 days. Because it was 4-21-05 when I was asaulted and I was in surgary until 4-28-05. when I oppened my eyes their were two women in my hospital room in which the hospital staff

called to the hospital on behalf of my

accident. One of the ladies worked for

the F. B. I. and the other ladie worked for

The Adult Protective Services. One of the

ladies walked over to my bed and stated.

Mr. Lucky, I'm glad to see that you're going

to be alright. She went on to say, Mr. Lucky

I work for the F. B. I. and the hospital called

our office because they knew that the police

had done this to you, so my office sent me

here for your protection. As long as I am in

this hospital room. I'm here to make sure nothing

hapens to you, no one is allowed through

that door except hospital staff that performed

the surgary and that's providing that they have

the proper ID. She then went on to say.

Mr. Lucky I know your going to have something

done about what the police men did to you.

Mr. Lucky you know you can't live in Texas now.

Because as long as you're in Texas your life

will be in danger. But as long as you're in

this hospital room. My office sent me to

make sure nothing happens to you. Mr. Lucky

you would have to go to a State where the

the Power of the court equalizes the money

that Texas has, because Texas will pay off

any attorney you get. You will have to go to

a state like Washington D.C. Mr. Lucky I

hope you do something about it because

the Goverment paid almost a million dollars

for this operation. That's another reason I'm

here, because I signed the check. After

She finished speaking the other lady stepped up

and said Mr Lucky the hospital also called our

office. I work for Adult Protective Services.

I said to the two ladies would they go to my

motorhome and make sure it was alright.

and to go in the warehouse where it was parked

behind and let the owner know where

I am and what happened. The ladies said

sure and they left at once. Shortly the ladies

returned with good news that my motor home

was where I left it and it looked great.

They also said that they had informed the

owner of the warehouse of where I was and

what had happened. At that moment the

nurse came into my room to check vitals.

She also stated that I was going to another

hospital for therophy because I couldn't

walk. Because besides chopping my brain

out the police man also tried to cut my

spinal cord loose from my brain. So I

had to have a spinal tap. after I got released

from the hospital I tried to find an attorney.

No attorney in Texas would take the case

just as the F.B.I agent had said. So I

went to the court myself to file the complaint.

The court wouldn't eccept my complaint.

So I took the advice of the F.B.I agent and

came to Washing, D.C. in seeking Justice of

my complaint against the Houston Police

Department.

Based on the seriousness of the contents of this case. I Micheal R. Lucky ask that the discision be Judged by a Jury of 12 along with the Honorable Judge that the Court of the City Washington, D.C. opoints to it upon these Charges of conspiracy.

1. Conspiracy to organized crime

2. Conspiracy to premeditated Murder

I Micheal R. Lucky also ask that upon the discision of the court that I Micheal R. Lucky be granted $250,000,000

and escorted out of the United States

by the secret services of the F.B.I. to

the country of my choosing.

Michael R. Lucky

P.O. Box 76990

Washington, D.C.

20013