United States District Court
for the District of Columbia

**FILED**
APR 30 2008
Clerk, U.S. District and Bankruptcy Courts

Micheal R. Lucky

V.

Houston, Texas Police Department

08 0749

Motion to use a P.O. Box
Because I'm Homeless

Micheal R. Lucky
P.O. Box 76990
Washington, D.C.
20013

RECEIVED
APR 1 4 2008
NANCY MAYER WHITTINGTON