**FILED**
APR 3 0 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Micheal R. Lucky, )
)
    Plaintiff, )
)
v. ) Civil Action No. 08 0749
)
Houston, Texas, Police Department, )
)
    Defendant. )

### TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff, who claims to be homeless, is suing the Police Department of Houston, Texas, for alleged brutality during an encounter with two officers in April 2005 in Houston. He seeks monetary damages of $250 million.

The events forming the basis of the complaint are not alleged to have occurred in the District of Columbia; thus, this venue is improper for litigating the claims. *See* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where the defendants are located or where a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this _18th_ day of April 2008,

ORDERED that plaintiff's motion to use a P.O. Box address is GRANTED; and it is

FURTHER ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Southern District of Texas. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

_____
United States District Judge